# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
United States  
v.  
Rene Gonzales JR

Case Number: 08 CR 566

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MR. Rene Gonzales, JR

FILED  
7-17-08  
JUL 17 2008  
MAGISTRATE JUDGE MARIA VALDEZ  
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Mary H. Judge | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ *[signature]* | |
| FIRM | |
| Federal Defender Program | |
| STREET ADDRESS | |
| 55 E. Monroe St., Suite 2800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6244586 | 312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ✓ | |