| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>OCHSNER   7-29-8 |
| 1. Article Addressed to:<br><br>Southern District of Texas<br>P.O. Box 61010<br>Houston, TX 77208 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0002 4281 3246 |
| PS Form 3811, February 2004 | Domestic Return Receipt 08CR566   102595-02-M-1540 |

FILED
Aug 7, 2008
AUG 07 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT